**Order filed, September 24, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00601-CR
_____

**ANTHONY DEWAYNE GREEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 78th District Court**
**Wichita County, Texas**
**Trial Court Cause No. 49,480-B**

## ORDER

The reporter's record in this case was due **July 25, 2012**, 2012. *See* Tex. R. App. P. 35.1. On **August 23, 2012**, this court ordered the court reporter to file the record within 30 days. On **September 24, 2012**, **Sherri Harvey** filed a motion for extension of time to file the record. The court **GRANTS** the motion and issues the following order.

We order **Sherri Harvey**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order. **No further extension will be entertained**. The trial and appellate courts are jointly responsible for ensuring that the

appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c).  If **Sherri Harvey** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM